IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JOSE ESCALERA**                                                                 **PLAINTIFF**

vs.                                        No. 5:16-cv-1106-XR

**BASS FISHING & RENTALS, LLC,**
**AND STEVEN JOHNSTON**                                        **DEFENDANTS**

## NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendants have entered into a settlement and resolved all claims asserted by Plaintiff in this lawsuit. The parties are in the process of finalizing the settlement and have agreed to fund the settlement amount by July 20, 2017. The parties have further agreed that Plaintiff shall file a Motion to Dismiss with Prejudice no later than three (3) days following payment of the settlement amount. Therefore, the parties ask that they be given until July 25, 2017, to file their Motion to Dismiss.

          Respectfully submitted,

          **PLAINTIFF JOSE ESCALERA**

          SANFORD LAW FIRM, PLLC
          One Financial Center
          650 S. Shackleford Road, Suite 411
          Little Rock, Arkansas 72211
          Telephone: (501) 221-0088
          Facsimile: (888) 787-2040

By:    */s/ Josh Sanford*
          Josh Sanford
          Tex. Bar No. 24077858
          josh@sanfordlawfirm.com

and    */s/ Justin H. Smith*
          Paul E. Hash
          Tex. Bar No. 09198020
          Justin H. Smith
          Tex. Bar No. 24041943
          500 N. Akard, Suite 2500
          Dallas, Texas 75201
          Telephone: (214) 520-2400
          ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

     I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing NOTICE was electronically filed with the Clerk for the U.S. District Court, Western District of Texas, on June 1, 2017, using the electronic case filing system of the Court. The attorneys listed below are registered to receive an electronic copy hereof.

    Paul E. Hash, Esq.
    hashp@jacksonlewis.com
    Justin H. Smith, Esq.
    Justin.smith@jacksonlewis.com
    JACKSON LEWIS P.C.
    500 N. Akard, Suite 2500
    Dallas, Texas 75201
    Tel: (214) 520-2400
    Fax: (214)-520-2008

                                          */s/ Josh Sanford*
                                          **Josh Sanford**